JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORMA RIVERA BECERRA,

                Petitioner,

      v.

KRISTI NOEM, et al.,

                Respondents.

Case No. 5:26-cv-00240-SRM-PVC

**JUDGMENT**

     Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, the Petition for Writ of Habeas Corpus is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 19, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-